## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**DARTANIAN HAWKINS,**

           **Petitioner,**

                                  **CASE NO. 2:17-CV-466**

     **v.**                              **JUDGE GEORGE C. SMITH**

                                   **Magistrate Judge Jolson**

**ROSS CORRECTIONAL**
**INSTITUTION,**

           **Respondent.**

### OPINION AND ORDER

On June 2, 2017, the Magistrate Judge issued an *Order and Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts directing the Respondent to file an answer in response to claim one of the *Petition,* and recommending that claim two of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed.  (Doc. 3).  Although the parties were advised of the right to object to the Magistrate Judge's *Order and Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Order and Report and Recommendation* (Doc. 3) is **ADOPTED** and **AFFIRMED.** Claim two is hereby **DISMISSED**.

        **IT IS SO ORDERED.**

                                *s/ George C. Smith*
                                **GEORGE C. SMITH, JUDGE**
                                **UNITED STATES DISTRICT COURT**